

**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 West Washington Avenue
Suite 700
Madison, Wisconsin 53703

February 21, 2019

| | | |
|---|---|---|
| Kim M. Zion<br>Eisenberg Law Offices, S.C.<br>308 East Washington Ave.<br>P.O. Box 1069<br>Madison, WI  53701-1069 | Kelly Welsh<br>Federal Defender Services<br>22 East Mifflin St., Ste. 1000<br>Madison, WI  53703 | Terry W. Frederick<br>Frederick/Nicholson, LLC<br>354 W. Main Street<br>Madison, WI  53703 |
| William M. Ginsberg<br>Mandell & Ginsberg<br>306 E. Wilson Street<br>P.O. Box 2095<br>Madison, WI  53701 | William Jones<br>Jones Law Firm<br>P.O. Box 44188<br>Madison, WI  53744 | Payal Khandhar<br>Jasti & Khandhar, LLC<br>2 S. Carroll Street, Suite 230<br>Madison, WI  53703 |
| Mark Maciolek<br>Murphy Desmond SC<br>33 East Main St., Ste. 500<br>P.O. Box 2038<br>Madison, WI  53701 | Antonette Laitsch<br>Knoll & Laitsch, SC<br>211 S. Pinckney St., Ste. 550<br>P.O. Box 2686<br>Madison, WI  53701 | Nathan Otis<br>Nicholson, Gansner & Otis<br>22 East Mifflin Street<br>Suite 90<br>Madison, WI  53703 |
| Edward J. Hunt<br>Hunt Law Group S.C.<br>342 N. Water Street, Ste 600<br>Milwaukee, WI  53202-5715 | Sarah Schmeiser<br>Tracey Wood & Associates<br>1 S Pinckney St., Ste. 950<br>Madison WI 53703-2892 | Robert Ruth<br>Robert T. Ruth Law Offices, S.C.<br>7 N. Pinckney Street, Ste 240<br>Madison, WI  53703 |

    Re:   *United States of America v. Joseph Harper et al*
            Case No:  18-cr-00166-wmc

Dear Counsel:

    Enclosed please find a USB drive containing supplemental discovery in this case (marked as HARP_0002128 – HARP_004336).   This USB drive is property of the U.S. Attorney's Office.  At your earliest convenience, please transfer the discovery from the USB drive to your computer or other storage media and return the USB drive to the U.S.

Attorney's Office, attention Lisa Pierce. My colleague, Lisa Pierce, will email you the password for the enclosed USB drive. There is also a discovery log listing the Bates numbers and descriptions of the discovery that is contained on this USB drive.

 If you have any questions regarding this matter, please do not hesitate to contact me at (608) 264-5158.

    Very truly yours,

    SCOTT C. BLADER
    United States Attorney

    By:  /s/
    _____

    AARON D. WEGNER
    Assistant United States Attorney